UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PETER J. MCDANIELS,

        Plaintiff,

v.

BELINDA STEWART, et al.,

        Defendants.

CASE NO. C15-5943 BHS-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 83. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Defendants Scott Frakes, Earl X. Wright, "Dieticians," and "Pat Does" are dismissed without prejudice for lack of personal jurisdiction.

Dated this 18th day July, 2016.

BENJAMIN H. SETTLE
United States District Judge

ORDER