UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PETER J. MCDANIELS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BELINDA STEWART, et al.,<br><br>　　　　　　Defendants. | CASE NO. 3:15-CV-05943-BHS-DWC<br><br>ORDER GRANTING MOTION TO FILE OVERLENGTH REPLIES |

This matter comes before the Court on Plaintiff's Motion to File Overlength Motions (X2), wherein Plaintiff requests permission to file over-length reply briefs to his Motion for Specific Dispositive Stay and Discovery and Dispositive Deadline Extension ("Motion for Extension") and Motion for Appointment of Expert Witness and Special Master ("Motion for Expert Witness"). Dkt. 96.  On September 2, 2016, the Court entered an Order granting-in-part Plaintiff's Motion for Extension and denying Plaintiff's Motion for Expert Witness. Dkt. 101. In ruling on both Motions, the Court considered Plaintiff's Reply briefs. Accordingly, the Court grants Plaintiff's Motion to File Overlength Motions (X2).

　　Dated this 6th day of September, 2016.

　　　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　　　David W. Christel
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge