UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PETER J. MCDANIELS,<br><br>                Plaintiff,<br><br>v.<br><br>BELINDA STEWART, et al.,<br><br>                Defendants. | CASE NO. C15-5943BHS-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the order of the Honorable David W. Christel, United States Magistrate Judge (Dkt. 132), and Plaintiff Peter McDaniels' ("McDaniels") objections to the order (Dkt. 143).

On October 31, 2016, McDaniels filed a motion to file an overlength motion requesting leave to file a 64-page motion for preliminary injunction. Dkt. 118. On November 17, 2016, Judge Christel denied the motion concluding that McDaniels had failed to show sufficient case for the additional 40 pages. Dkt. 132. On November 30, 2016, McDaniels filed objections. Dkt. 143

ORDER - 1

When a party objects to a nondispositive order, the "district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a).

In this case, McDaniels fails to show that any part of Judge Christel's order is clearly erroneous or is contrary to law. Judge Christel has wide discretion to control the length of filings in his cases, and McDaniels has failed to show that Judge Christel abused that discretion in this instance. Therefore, the Court having considered the order, McDaniels' objections, and the remaining record, does hereby find and order that the objections are **DENIED**.

Dated this 24th day of January, 2017.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge