UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PETER J. McDANIELS,

          Plaintiff,

v.

BELINDA STEWART, et al.,

          Defendants.

CASE NO. C15-5943BHS-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 166. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Defendants' Motion for Summary Judgment (Dkt. 111) is denied as moot. Plaintiff's Motion for Leave to File Excess Pages (Dkt. 153) and Plaintiff's Motion for Surreply (Dkt. 160) are also denied as moot.

Dated this 28th day of February, 2017.

BENJAMIN H. SETTLE
United States District Judge

ORDER