UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PETER J. MCDANIELS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BELINDA STEWART, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C15-5943 BHS-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 241. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

　(1)　The R&R is **ADOPTED**;

　(2)　Defendants' Second Motion for Summary Judgment (Dkt. 203) is denied as moot; and

　(3)　Plaintiff's Motion to Dismiss Party (Dkt. 207) is denied with leave to refile.

Dated this 14th day of June, 2018.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　United States District Judge

ORDER