UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PETER J. MCDANIELS,<br><br>   Plaintiff,<br><br> v.<br><br>BELINDA STEWART, et al.,<br><br>   Defendants. | CASE NO. C15-5943 BHS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME, GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES, TERMINATING PLAINTIFF'S OBJECTIONS, AND RENOTING REPORT AND RECOMMENDATION |

  This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge, Dkt. 263, and Plaintiff Peter McDaniels's ("McDaniels") motion for relief from deadline, Dkt. 264, motion for leave to file excess pages, Dkt. 268, and objections to the R&R, Dkt. 269.

  On September 24, 2018, Judge Christel issued the R&R recommending that the Court grant Defendants' motion for summary judgment on all of McDaniels's claims. Dkt. 263. On September 26, 2018, McDaniels filed a motion for relief from the deadline to file objections. Dkt. 264. McDaniels requested a six-week extension to file objections

ORDER - 1

for various reasons.  *Id.*  On October 4, 2018, McDaniels filed a motion for leave to file excess pages and objections to the R&R.  Dkts. 268, 269.

Except as otherwise provided by court order or rule, objections to a magistrate judge's order or recommended disposition, or any response thereto, shall not exceed twelve pages.  Local Rules W.D. Wash. LCR 72.

In this case, McDaniels requests leave to file fifty-seven pages of objections.  Dkt. 268.  The Court finds this request excessive given the fact that the R&R is only twenty-four pages.  McDaniels should be able to limit his objections to twenty-four pages.  Therefore, the Court **GRANTS** McDaniels's motion for leave in part and **DENIES** the motion in part.

In order to accommodate the new page limit, the Clerk shall renote the R&R, Dkt. 263, for consideration on the Court's February 1, 2019 calendar and terminate McDaniels's current objections, Dkt. 269.  McDaniels may file new objections not to exceed twenty-four pages no later than February 1, 2019.  If McDaniels fails to file new objections, the Court will consider the first twenty-four pages of his original objections.

In light of this order, the Court **DENIES** McDaniels's motion for an extension of time as moot.

**IT IS SO ORDERED**.

Dated this 9th day of January, 2019.

BENJAMIN H. SETTLE
United States District Judge